BEFORE THE FIRST DIVISION, JANUARY 21, 1943

No. 47941.—Protests 979924–G, etc., of F. W. Woolworth Co. (Baltimore).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 47099 the claim at 45 percent under paragraph 397 was sustained.

No. 47942.—Protests 6837–K, etc., of F. W. Woolworth Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 47099 the claim at 45 percent under paragraph 397 was sustained.

No. 47943.—Protests 64331–K/12407, etc., of S. H. Kress & Co. (New Orleans).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that certain of the articles consist of figures in chief value of plaster of paris, similar to those the subject of *United States* v. *Okuda* (23 C. C. P. A. 46, T. D. 47713) and Abstract 47064, the claim at 35 percent under paragraph 205 (e) was sustained.

BEFORE THE SECOND DIVISION JANUARY 21, 1943

No. 47944.—Protests 94008–K, etc., of N. S. Meyer, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that the woven fabrics in question are similar in all material respects to those the subject of *Meyer* v. *United States* (6 Cust. Ct. 191, C. D. 459) the protests were sustained.

No. 47945.—Protests 610852–G, etc., of John Zimmermann Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and following *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) the protests were sustained as to certain of the hats in question.

No. 47946.—Protests 888868–G, etc., of Eurasia Import Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 47291 the protests were sustained as to certain of the hats in question.